■ Luis Silva Rios, Appellant, v Minster Machine Company, Respondent, et al., Defendants. (And a Third-Party Action.) [664 NYS2d 548] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered on or about February 3, 1997, which granted defendant and third-party plaintiff's motion for summary judgment dismissing the complaint and all claims as against it, unanimously affirmed, without costs.

The claims for negligence and strict products liability for design defect were properly dismissed as against defendant and third-party plaintiff upon the basis of uncontroverted evidence that plaintiff's employer had substantially altered the machine by removing a key safety feature, and that the accident would not have occurred had the machine been left as originally designed and manufactured (*see, Robinson v Reed-Prentice Div.*, 49 NY2d 471). Concur—Ellerin, J. P., Rubin, Tom, Mazzarelli and Andrias, JJ.

■ In the Matter of Code Blue, Inc., et al., Appellants, v Barbara A. DeBuono, as Commissioner Health of the State of New York, et al., Respondents. [664 NYS2d 555] —Order and judgment (one paper), Supreme Court, New York County (Alice Schlesinger, J.), entered October 4, 1996, unanimously affirmed for the reasons stated by Schlesinger, J., without costs and disbursements. Motion to file a sur-reply brief denied. No opinion. Concur—Ellerin, J. P., Rubin, Tom, Mazzarelli and Andrias, JJ.